IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

BILLY ALLRED, DECEASED,
MARY MCCAIN AND JANICE SHUFFIELD,
AS PETITIONERS and ADMINISTRATRICES,

   Plaintiffs,

v.              Docket NO.: 04-2596-Ma V

MID-SOUTH TISSUE BANK, INC.,
UNITED DONOR SERVICES, LLC.,
CATHY UNDERWOOD, TIMOTHY
BRAHM and KEVIN FOLEY, M.D.,

   Defendants.         Jury Demanded

## ORDER ON DEFENDANTS' MOTION TO AMEND ANSWER

On the 18th day of May, 2005, came the motion of defendants Mid-South Tissue Bank, Inc., United Donor Services, LLC., Cathy Underwood, Timothy Brahm and Kevin Foley, M.D. to amend the Answer to add more specific affirmative defenses based on comparative fault under Tennessee law. The Court finds that the defendants' motion is timely and that it is not opposed by the plaintiff.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED,** that the Defendants be allowed to amend their answer to add affirmative defenses in the form attached to the Motion to Amend the Answer.

_____
DIANE VESCOVO
UNITED STATES MAGISTRATE JUDGE

May 18, 2005
DATE

Page 1 of 1

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:04-CV-02596 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable Samuel Mays
US DISTRICT COURT