IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

BILLY ALLRED, DECEASED,
MARY MCCAIN AND JANICE SHUFFIELD,
AS PETITIONERS and ADMINISTRATRICES,

    Plaintiffs,

v.                                                                                  DOCKET No.: 04-2596-Ma V

MID-SOUTH TISSUE BANK, INC.,
UNITED DONOR SERVICES, LLC,
CATHY UNDERWOOD, TIMOTHY
BRAHM and KEVIN FOLEY, M.D.,

    Defendants.

## CONSENT ORDER FOR ENLARGEMENT OF TIME TO JOIN PARTIES, AMEND PLEADINGS, AND FILE AN INITIAL MOTION TO DISMISS

Now on this 16th day of May, 2005, come the parties by and through counsel and enter into this agreement that Defendants Mid-South Tissue Bank, Inc., United Donor Services, LLC, Cathy Underwood, Timothy Brahm and Kevin Foley, M.D. and Plaintiffs, Billy Allred, Deceased, Mary McCain and Janice Shuffield, be granted additional time pursuant to Rule 6 of the Federal Rules of Civil Procedure of 60 days to Join Parties and Amend Pleadings, and an additional 60 days to file Initial Motions to Dismiss. Pursuant to the Scheduling Order entered in this matter on February 28, 2005, the deadline for Joining Parties and Amending Pleadings is May 15, 2005 and the deadline for filing an Initial Motion to Dismiss is June 15, 2005. Therefore, if this order is granted, the parties' deadline for Joining Parties and Amending

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-31-05

Pleadings shall be July 15, 2005, and the parties' deadline for filing Initial Motions to Dismiss shall be August 15, 2005.

Both parties are requesting an enlargement of time since they have not been able to obtain a complete set of medical records, including radiographs, in this matter despite a great deal of effort expended. Since this case involves medical treatment, a complete medical chronology is critical for a full evaluation of the case by both the plaintiffs and the defendants.

The Court finds that for good cause shown, and by agreement of the parties, the request for an extension of time should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**

*Diane K. Vescovo*
U.S. Magistrate Judge
May 26, 2005

APPROVED:

DARRELL E. BAKER, JR.   #16388
DEBORAH WHITT    #16949
Attorney for the Defendants
Mid-South Tissue Bank, United Donor
Services, LLC, Cathy Underwood,
Timothy Brahm and Kevin Foley, M.D.
6800 Poplar Avenue - Suite 205
Memphis, TN 38138
(901)737-5656
(901)737-5606 *fax*

*Jamie Howell by permission*

JEFFERSON D. GILDER    #14321
JAMIE W. HOWELL, JR.    #16361
P.O. Box 193
7090 Malco Boulevard, Suite 111
Southaven, MS 38671

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:04-CV-02596 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable Samuel Mays
US DISTRICT COURT