IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

BILLY ALLRED, DECEASED, )
MARY MCCAIN AND JANICE )
SHUFFIELD, AS PETITIONERS and )
ADMINISTRATRICES, )
)
Plaintiffs, )
)
vs. ) No.  04-2596 Ma/V
)
MID-SOUTH TISSUE BANK, INC., )
UNITED DONOR SERVICES, LLC, )
CATHY UNDERWOOD, TIMOTHY BRAHM )
and KEVIN FOLEY, M.D., )
)
Defendants. )

---

ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE FOR
JOINING OR AMENDING AND DESIGNATING EXPERTS

---

Before the court is the July 15, 2005 motion of the plaintiffs to extend the deadline for joining or amending and designation of expert witnesses pursuant to Federal Rule of Civil Procedure 6. The motion has been referred to the United States Magistrate Judge for determination. For the following reasons, the motion is granted.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. The defendants have not filed a response to this motion, and the time for responding has now expired.

Rule 7.2(a)(2) further provides that "[f]ailure to respond

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-9-05

22

timely to any motion, other than one for requesting dismissal of a claim or action, may be deemed good grounds for granting the motion." In the absence of any response by the defendants, the plaintiffs' motion to extend the deadline for joining or amending and designation of expert witnesses is granted.

The plaintiffs shall have until August 15, 2005 for amending pleadings and joining parties and until September 16, 2005 for plaintiffs' expert designations and until November 1, 2005 for defendants' expert designations. This extension will not affect the deadlines for motions set in this case, nor will it affect the deadline for discovery or the trial date.

IT IS SO ORDERED this 8th day of August, 2005.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02596 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT