IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE



**BILLY ALLRED, DECEASED,
MARY MCCAIN AND JANICE SHUFFIELD,
AS PETITIONERS and ADMINISTRATRICES,**

    **Plaintiffs,**

v.                                                    DOCKET No.: 04-2596-Ma V

**MID-SOUTH TISSUE BANK, INC.,
UNITED DONOR SERVICES, LLC,
CATHY UNDERWOOD, TIMOTHY
BRAHM and KEVIN FOLEY, M.D.,**

    **Defendants.**

---

## ORDER GRANTING PARTIES' MOTION TO ENLARGE THE TIME FOR DESIGNATION OF EXPERTS

    BEFORE THE COURT is the October 27, 2005, joint motion of the parties to Enlarge Time for Designation of Experts, pursuant to Federal Rules of Civil Procedure, 6(b), 16(b) and pursuant to United States District Court Western Division Local Rule 72.1(f). The motion has been referred to United States Magistrate Judge for determination. For the reasons stated in the accompanying Joint Motion to Enlarge Time for Designation of Experts, the Court finds that the parties have provided good cause that the motion should be granted, and that the parties' motion is timely, well-taken and should be granted.

    The plaintiffs shall have an additional fifteen (15) days, or until November 15, 2005 to provide full Rule 26 disclosures for Dr. Jordan Davis. The defendants shall have fifteen (15) days, or until December 5, 2005 to designate their expert witnesses. In addition, the deadline for

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __10/31-05__



conducting the depositions of all expert witnesses shall be extended until January 16, 2005. The deadline for filing of dispositive motions shall be extended until February 16, 2005. This extension will not affect any other deadlines for all other motions set in this case, nor will it affect the deadline for all other discovery, pre-trial conferences, or the trial date.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED,** that the parties' motion to Enlarge Time for Designation of Experts be permitted as set forth in the form stated in the parties' Joint Motion to Enlarge Time for Designation of Experts.

_____
DIANE VESCOVO
United States Magistrate Judge

APPROVED:

October 28, 2005
Date

_____ by permission
JEFFERSON D. GILDER    #14321
JAMIE W. HOWELL, JR.   #16361
Counsel for the Plaintiff
P.O. Box 193
7090 Malco Boulevard, Suite 111
Southaven, MS 38671

_____
DARRELL E. BAKER, JR.  #16388
DEBORAH WHITT   #16949
Attorney for the Defendants
Mid-South Tissue Bank, United Donor
Services, LLC, Cathy Underwood,
Timothy Brahm and Kevin Foley, M.D.
6800 Poplar Avenue - Suite 205
Memphis, TN 38138
(901)737-5656
(901)737-5606 *fax*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:04-CV-02596 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Honorable Samuel Mays
US DISTRICT COURT