IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 DEC -5 PM 2: 35

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF MEMPHIS

BILLY ALLRED, DECEASED,
MARY MCCAIN AND JANICE SHUFFIELD,
AS PETITIONERS and ADMINISTRATRICES,

    Plaintiffs,

v.                                                                  Docket NO.: 04-2596-Ma V

MID-SOUTH TISSUE BANK, INC.,
UNITED DONOR SERVICES, LLC.,
CATHY UNDERWOOD, TIMOTHY
BRAHM and KEVIN FOLEY, M.D., ET AL.

    Defendants.                                          Jury Demanded

## CONSENT ORDER TO AMEND THE SCHEDULING ORDER

**CAME ON FOR HEARING** upon motion for the plaintiff, and the Court being fully advised in the premise does find:

1. The following dates should be substituted for any dates delineated in any prior Scheduling Orders for docket numbers 04-2596-MaV and 04-3037-MI-An:

| | |
|---|---|
| Document Production: | January 30, 2006 |
| Interrogatories and Request for Admissions: | January 30, 2006 |
| Completing Depositions of All Fact Witnesses: | March 1, 2006 |
| Expert Witness Disclosures (Rule 26): | |
|     (a) Disclosure of Plaintiff's Rule 26 Expert Information: | December 9, 2005 |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _12-8-05_

29

  (b)  Disclosure of Defendant's Rule 26 Expert
     Information:                February 9, 2006

  (c)  Expert Witness Depositions:         April 14, 2006

  (d)  Filing Dispositive Motions:          May 12, 2006

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the scheduling order be modified with the applicable substituted dates provided herein. *A new trial date and pretrial date conference date will be set by the district judge.*

SO ORDERED AND ADJUDGED this the 5th day of Decmber, 2005.

                   *Diane K. Vescovo*
                   DIANE VESCOVO
                   MAGISTRATE JUDGE

APPROVED:

*Jefferson D. Gilder by Stephen A. Hester w/ Permission*
Jefferson D. Gilder, Esq. TN#:14321
Gilder Howell & Assoc., P.A.
Attorney for Plaintiffs
7090 Malco Blvd., Suite 111
P.O. Box 193
Southaven, MS 38671

*Deborah Whitt by Stephen A. Hester w/ Permission*
Deborah Whitt, Esq., TN#:16949
Baker & Whitt, PLLC
Attorneys for Mid-South Tissue Bank
6800 Poplar Avenue, Suite 205
Memphis, TN 38138

*Stephen A. Hester*
Stephen A. Hester, Esq., TN#21520
Armstrong Allen, PLLC
Attorneys for Shelby County Healthcare Corp.
80 Monroe Avenue, Suite 700
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:04-CV-02596 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT