IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -5 PM 2: 35

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF        PHIS

| | |
|---|---|
| BILLY ALLRED, DECEASED, MARY MCCAIN AND JANICE SHUFFIELD, AS PETITIONERS and ADMINISTRATRICES, | PLAINTIFFS |
| VS. | NO.: 04-2596-MaV |
| MID-SOUTH TISSUE BANK, INC., UNITED DONOR SERVICES, LLC, CATHY UNDERWOOD, TIMOTHY BRAHM and KEVIN FOLEY, M.D., | DEFENDANTS |

### CONSENT ORDER TO CONSOLIDATE

CAME ON FOR HEARING upon consent of the parties as signified by their signatures hereunder, and the Court being fully advised in the premises does find:

1. That there are currently two cases now pending in United States District Court of Tennessee, Western Division, bearing docket numbers 04-2596-MaV and 04-3037-MI-An, which arise out of the same or a similar set of facts.

2. That an order granting Summary Judgment was entered in docket number 04-3037-Mi-An on October 18, 2005 to Defendants Sills, Muhlbauer, and Timmons the only Defendants other than Shelby Count Healthcare Corporation served therein.

3. That Order limited the issues in that case and made consolidation of these two cases appropriate since the causes arise out of the same or a series of occurrences involving common questions of law and facts.

4. That all parties to each action signify their consent to consolidation by their signature hereunder.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-13-05



5. That this case was filed first and the matters should be consolidated in this docket number.

**IT IS THEREFORE, ORDERED AND ADJUDGED** the cases in docket numbers 04-2596-MaV and 04-3037-MI-An be consolidated into docket number 04-2596-MaV for trial that the scheduling order dated May 24, 2005 currently in force in case number 04-3037-MI-An be adopted for purpose of the consolidated action.

**SO ORDERED AND ADJUDGED** this the 5th day of December, 2005.

_____
~~Judge Samuel H. Mays., Jr.~~
U.S. ~~District Judge~~ Magistrate Judge


Approved to :

_____
Jefferson D. Gilder, Esq. TN #: 14321 w/ Permission
Gilder Howell & Assoc. P.A.
Attorney for Plaintiffs
7090 Malco Blvd., Suite 111
P.O. Box 193
Southaven, MS 38671

_____
Deborah Whitt, Esq. TN # 16949 w/ Permission
Baker & Whitt
Attorneys for Mid-South Tissue Bank
6800 Poplar Ave., Suite 205
Memphis, TN 38138

_____
Stephen A. Hester, Esq., TN # 21520
Armstrong Allen, PLLC
Attorneys for Shelby County Healthcare Corp.
80 Monroe Ave., Suite 700
Memphis, TN 38103

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02596 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Jamie W. Howell
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Jefferson D. Gilder
GILDER HOWELL & ASSOCIATES, P.A.
7090 Malco Blvd.
Ste. 111
Southaven, MS 38671

Darrell E. Baker
BAKER & WHITT PLLC
6800 Poplar Ave.
Ste. 205
Memphis, TN 38138

Honorable Samuel Mays
US DISTRICT COURT